

May 21, 2018

**MEMORANDUM**
**TO THE HONORABLE BRIAN M. COGAN**
**UNITED STATES DISTRICT JUDGE**

RE: CUTAIA, Domenico
Docket Number: 08-CR-097-01
<u>Request to Waive Mandatory Urinalyses</u>

Reference is made to Domenico Cutaia (Cutaia), who was sentenced by Your Honor on October 23, 2009, to thirty-six (36) months custody, followed by five (5) years supervised release, and a $100 special assessment fee. The following special conditions of supervision were imposed: 1) compliance with the fine of $1,000, due immediately; 2) full financial disclosure to the Probation Officer; 3) the defendant shall participate in a mental health treatment program as approved by the Probation Department. The defendant shall contribute to the cost of such services rendered and/or any medications prescribed to the degree he or she is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay; and 4) the defendant shall not associate in person, through mail, electronic mail or telephone with any individual with an affiliation to any organized crime groups, gangs, or any other criminal enterprise; nor shall the defendant frequent any establishments, or other locale where these groups may meet pursuant, but not limited to a prohibition list provided by the Probation Department. This sentence followed Cutaia's guilty plea to Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. 1349, a Class B felony.

Cutaia commenced his term of supervised release on October 4, 2013. Notably, on October 18, 2012, the Honorable Eric N. Vitaliano sentenced Cutaia to 12 months custody, consecutive to the sentence noted above, to be followed by a two-year term of supervised release. This sentence followed Cutaia's guilty plea to one-count of RICO- Collection of an Unlawful Debt, in violation of 18 U.S.C. 1962(c). The two-year term of supervised release has since expired. The five-year term of supervised release imposed by Your Honor, is scheduled to expire on October 3, 2018.

In 2014, Cutaia's term of supervised release was transferred to the Southern District of Florida, due to his residence there. He has satisfied the $100 special assessment fee, as well as the $1,000 fine. Cutaia is currently an eighty-one (81) year old man, who is no longer ambulatory, and confined to a wheelchair. He has been diagnosed with Multiple Sclerosis and Dementia. The purpose of this memorandum is to request that the Court waive Cutaia's three mandatory urinalyses. Notably, he has no history of drug use, and due to his advanced age, and serious physical and mental health conditions, it has been very difficult to attempt to collect urine samples for testing. As a result, the Probation Department believes that Cutaia poses a very low risk of future substance abuse, and as such, requests that the Court waive Cutaia's three mandatory urinalyses.

CUTAIA, Domenico          Request to Waive Mandatory Urinalyses        Docket#: 08-CR-097-01

We respectfully await Your Honor's decision below.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by: _____
John L. Almanza
Senior U.S. Probation Officer

Approved by: _____
Nella Yelenovic
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☒  The mandatory urinalyses are waived
☐  The mandatory urinalyses are not waived
☐  Other

_____
Signature of Judicial Officer

May 21, 2018
Date